No. 2530.—G. W. BAYLEY & Co. *v.* J. C. JENEVEN.

*In an action against a surety on a lease the burden falls on the defendant, who specially pleads his discharge from liability by the action of the plaintiff, of establishing his special defense by a preponderance of proof.*

APPEAL from the Sixth District Court, parish of Orleans. *Cooley, J. Clarke, Bayne & Renshaw,* for plaintiff and appellee. *Henry C. Miller,* for defendant and appellant.

Howe, J. This is an action against a surety on a lease of a store in New Orleans. The defendant pleaded the general issue and the special defense that he had been discharged by the refusal of the plaintiff to deliver the premises to the lessee. The court *a qua* gave judgment in favor of plaintiff and the defendant appealed.

The onus was on the defendant to establish his special defense by a preponderance of proof. A careful examination of the evidence has not satisfied us that he has done so, and we can not therefore perceive that the lower court erred in its decision.

Judgment affirmed.